UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jody Smith

                Plaintiff,

-against-

Fluent, Inc.

                Defendant.

1:25 cv 425 ( )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of **Andrew Roman Perrong**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **Pennsylvania, Oregon**; and that his/her contact information is as follows (please print):

    Applicant's Name: **Andrew Roman Perrong**

    Firm Name: **Perrong Law LLC**

    Address: **2657 Mount Carmel Avenue**

    City / State / Zip: **Glenside, PA 19038**

    Telephone / Fax: **215-225-5529 / 888-329-0305**

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **Jody Smith** in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                                                           _____
                                                           United States District / Magistrate Judge