UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Jody Smith

      Plaintiff,

-against-              1:25 Civ. 425 (___)

Fluent, Inc.

                  **MOTION FOR ADMISSION**

                  **PRO HAC VICE**

       Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Andrew Roman Perrong__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Jody Smith__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Pennsylvania, Oregon__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:         Respectfully Submitted,

1/15/2025

            Applicant Signature: _/s/ Andrew Roman Perrong_
            Applicant's Name: Andrew Roman Perrong
            Firm Name: Perrong Law LLC
            Address: 2657 Mount Carmel Avenue
            City/State/Zip: Glenside, PA 19038
            Telephone/Fax: 215-225-5529 / 888-329-0305
            Email: a@perronglaw.com