

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Andrew Roman Perrong, Esq.*

#### DATE OF ADMISSION

*October 10, 2023*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  January 7, 2025

_____
Nicole Traini
Chief Clerk