**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------

                                        **Plaintiff(s),**

     v.                                            **AFFIDAVIT IN SUPPORT OF**
                                                    **MOTION TO ADMIT COUNSEL**
                            **Defendant(s).**        ***PRO HAC VICE***

---------------------------------------------------------

I, _____, being duly sworn, hereby depose and say as follows:

1. I am a(n) _____ with the law firm of _____.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of _____.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. I _____ been convicted of a felony. If you have, please describe facts and circumstances.



6. I _____ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.



7. Attorney Registration Number(s) if applicable: _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case _____ for _____ _____.

Date_____
_____,                              _____
                                          Signature of Movant
                                          Firm Name_____
                                          Address_____
**NOTARIZED**                           _____
                                          _____
                                          Email_____
                                          Phone_____