UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JODY SMITH, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>     v.<br><br>EXPOSURE IS EVERYTHING LLC d/b/a Fluent,<br><br>        Defendant. | No. 25-CV-425 (RA)<br><br>ORDER OF REFERENCE |

RONNIE ABRAMS, United States District Judge:

  This action is referred to Magistrate Parker for the following purpose:

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| X | Specific Non-Dispositive Motion/Dispute:<br><br>Class certification (if any) | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
| | Settlement | | Social Security |
| | Inquest After Default/Damages Hearing | | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: |

SO ORDERED.

Dated:  February 14, 2025
     New York, New York

                             Ronnie Abrams
                             United States District Judge