# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| **JODY SMITH, individually and on behalf of all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **EXPOSURE IS EVERYTHING LLC d/b/a Fluent** <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:25-cv-00425-RA-KHP <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

Michele Lewandowski, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of Florida. That on March 13, 2025, at 12:51 pm at 7829 North Dale Mabry Highway, Suite 202, Tampa, FL 33614, Deponent served the within Summons & Complaint , with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Exposure is Everything LLC (hereinafter referred to as "subject") by leaving the following documents with Drake Sanders who as Owner is authorized by appointment or by law to receive service of process for Exposure is Everything LLC.

Additional Description:
Acknowledged name and one of the owners of company accepted service with direct delivery

My perception of the description of the individual served is as follows:
Black or African American Male, est. age 35-44, glasses: N, Black hair, 200 lbs to 220 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=28.0203586,-82.5017647
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

☐ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert

that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

Executed in __Hillsborough County__ , __FL__ on __3/18/2025__ .

/s/ *Michele Lewandowski*

Signature
Server Name: Michele Lewandowski
License#: 23-667760

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA



Exhibit 1b)

