```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____04/23/2025
```

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**JODY SMITH,** individually and on behalf of all others similarly situated,

      *Plaintiff*,

*v.*

**EXPOSURE IS EVERYTHING LLC D/B/A FLUENT**

      *Defendant.*

Case No. 1:25-cv-00425-RA-KHP

**CLASS ACTION**

**JURY TRIAL DEMANDED**

# MEMO ENDORSED

## MOTION TO APPEAR TELEPHONICALLY

Plaintiff Jody Smith ("Plaintiff" or "Mr. Smith") respectfully requests that the Court permit the undersigned counsel to appear telephonically at the hearing scheduled in this matter at 10:00 AM on April 30, 2025. In support thereof, counsel states that he is physically located in and has his offices in Pennsylvania. Therefore, for the convenience of counsel, the undersigned respectfully requests leave to appear telephonically and/or virtually at the conference.

Moreover, Plaintiff respectfully brings to the Court's attention that Defendant Exposure is Everything LLC is in default. The Plaintiff has requested that the Clerk enter default (ECF No. 14). Accordingly, as Defendant has not appeared, the Plaintiff will be unable to complete or file a Proposed Case Management Plan including the Defendant's positions.

      RESPECTFULLY SUBMITTED AND DATED this 23rd day of April, 2025.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
PA Bar #333687 (*Pro Hac Vice*)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date.


Dated: April 23, 2025

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
*(Pro Hac Vice)*
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

**APPLICATION GRANTED:** **The Initial Case Management Conference in this matter scheduled for Wednesday, April 30, 2025 at 10:00 a.m. is hereby converted to a telephonic proceeding and rescheduled to** **Wednesday, April 30, 2025 at 10:30 a.m.** **At the scheduled time, the parties shall dial (646) 453-4442, conference ID: 969 803 023#**

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.

04/23/025