```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JODY SMITH,

                                  Plaintiff,

            -against-

EXPOSURE ISN EVERYTHING LLC
*d/b/a* FLUENT.,

                                Defendant.
-----------------------------------------------------------------X

**25-CV-425 (RA) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 30, 2025, Plaintiff appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

Plaintiff shall file any Motion for Limited Discovery related to class certification within 30 days after the entry of a Certificate of Default in this matter. Plaintiff shall serve a copy of said motion on Drake Sanders and file proof of service with the Court.

      **SO ORDERED.**

DATED:    April 30, 2025
               New York, New York

                                                        *Katharine H. Parker*
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge